# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00436-CV

**North Forest Independent School District; Dr. Linda Robinson, Individually and as a Member of the North Forest Independent School District Board of Trustees and Dr. Silvia Brooks Williams, Individually and as a Member of the North Forest Independent School District Board of Trustees, Appellants**

**v.**

**Michael L. Williams, State Commissioner of Education; and Lizzette Gonzales Reynolds, Chief Deputy Administrator and Deligee of Defendant Michael L. Williams, State Commissioner of Education, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-13-001789, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellants have filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Rose

Dismissed on Appellants' Motion

Filed:  October 3, 2013